UNITED STATES DISTRICT COURT
District of Minnesota

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDIMAHAT BILLE MOHAMED

Defendant.

**INDICTMENT**

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 1201(g)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Kidnapping of a Minor)

On or about December 12, 2017, in the State and District of Minnesota, the defendant,

**ABDIMAHAT BILLE MOHAMED,**

having attained the age of 18, did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away Victim 1, who at the time of the offense had not attained the age of eighteen years, and otherwise held her for his own benefit and purpose, and in committing or in furtherance of the commission of the offense used and caused to be used a means, facility, and instrumentality of interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 1201(a)(1) and 1201(g)(1).

SCANNED
DEC 11 2025
U.S. DISTRICT COURT MPLS

## COUNT 2
(Kidnapping)

From on or about September 15 to September 21, 2025, in the State and District of Minnesota, the defendant,

**ABDIMAHAT BILLE MOHAMED,**

did willfully and unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away Victim 2, and otherwise held her for his own benefit and purpose, and in committing or in furtherance of the commission of the offense used and caused to be used a means, facility, and instrumentality of interstate and foreign commerce, all in violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                   FOREPERSON