**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Abdimahat Bille Mohamed,

Defendant.

Case No. 25-CR-473 (JWB/DTS)

**ORDER AND REPORT & RECOMMENDATION**

---

Defendant Mohamed moves for discovery of DNA evidence, Dkt. No. 75, for supplemental discovery, Dkt. No. 76, the production of Rule 413 evidence, Dkt. No. 77, and to suppress evidence, Dkt. No. 78. The Court heard argument on these four motions on September 1, 2026.

## I. Motion for Discovery of DNA Evidence

Mohamed moves this Court to order the production of all DNA evidence contained in the Minnesota Bureau of Criminal Apprehension (BCA) files related to his case, regardless of victim or timeframe. Prior to and during the hearing on this motion, the Government agreed to produce the underlying BCA files for Victim 1 and Victim 2, which contain the requested DNA evidence relevant to the charges listed in the Indictment. Dkt. Nos. 14, 81. As of the hearing date, the government was in possession of the case file relating to Victim 2 but had not yet received the file relating to Victim 1.

Mohamed also requests, and the Government has agreed to provide, the base file numbered S24-08214, which relates to an uncharged count, the contents of which were used to link Mohamed to Count I. The Government agreed to obtain and provide this file

subject to an Attorney's Eyes Only (AEO) designation. This file shall be designated as AEO and disclosed in accordance with the protective order. Dkt. No. 24.

## II. Supplemental Discovery

The parties have agreed that all data on the cell phone seized pursuant to the search warrant dated December 16, 2025, be produced. The Government is currently reviewing this data and will disclose it upon completion of its review. The disclosure shall be made within 30 days of this Order.

Mohamed also requests copies of documents bates stamped 00918 to 01568 be produced without redactions. The Government has agreed to produce unredacted versions of these documents subject to their designation as AEO. Accordingly, these documents shall be produced within 30 days of this Order.

Finally, the Government noted the existence of a second cell phone subject to a search warrant, the contents of which it is currently reviewing for exculpatory information and information relating to either Victim 1 or Victim 2. Any such information must be disclosed to Mohamed within 30 days of this Order. To the extent Mohamed's motion requests other discovery, it is denied.

## III. Production of Rule 413 Evidence

Mohamed requests that the Court issue an Order directing the Government to disclose any evidence that it may seek to introduce under Fed. R. Evid. 413(a) no later than 28 days ahead of trial in this matter. Dkt. No. 77. The Government agreed at the hearing to comply with the relevant guidelines, and both parties further agree that any such evidence will be limited to the two dates of offense and the two victims currently at

issue in this case. The Court grants Mohamed's motion: the production of any relevant Rule 413(a) evidence must occur at least 28 days before trial. Dkt. No. 14.

## IV. Motion to Suppress

Mohamed moves for an order suppressing evidence obtained during a warrantless search of his person and motor vehicle in June 2020. Dkt. 78. The Government has agreed it will not seek to introduce evidence related to this traffic stop. The Court recommends the motion to suppress be denied as moot.

**IT IS HEREBY ORDERED:**

1. Mohamed's Motion for Discovery of DNA Evidence [Dkt. No. 75] is **GRANTED** as it pertains to Victim 1, Victim 2, and base file number S24-08214. It is **DENIED** in all other respects.

2. Mohamed's Motion for Supplemental Discovery [Dkt. No. 76] is **GRANTED** as described above. It is **DENIED** in all other respects.

3. Mohamed's Motion to Produce Rule 413 Evidence [Dkt. No. 77] is **GRANTED** as described above.

## RECOMMENDATION

For the reasons set forth above, the Court **RECOMMENDS** that:

1. Mohamed's Motion to Suppress [Dkt. No. 78] be **DENIED**.

Dated: September 10, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge