**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Abdimahat Bille Mohamed,<br><br>Defendant. | Crim. No. 25-473 (JWB/DTS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

---

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on September 10, 2026. (Doc. No. 86.) No objections to that R&R have been filed in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* 28 U.S.C. § 636(b); Fed. R. Crim. P. 59(b); D. Minn. LR 72.2; *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001) (failing to file objections waives the right to de novo review of any portion of an R&R); *accord Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

**ORDER**

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The September 10, 2026 Report and Recommendation (Doc. No. 86) is **ACCEPTED**; and

2. Defendant's Motion to Suppress Statements (Doc. No. 78) is **DENIED** as

moot.

Date: October 9, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge